IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRAVES, | Case No. 2:09-CV-02227-JAM-DAD |
| Plaintiff, | <u>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS</u> |
| v. | |
| AURORA LOAN SERVICES; FIRST NATIONAL BANK OF ARIZONA; QUALITY LOAN SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; PREMIER LENDING; LAURA N. WELLS; and DOES 1-20 inclusive, | |
| Defendants. | |

This matter comes before the Court on Defendant Mortgage Electronic Registration Systems, Inc.'s ("Defendant") Motion to Dismiss Plaintiff Michael Graves' ("Plaintiff") First Amended Complaint for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6). Plaintiff did not file a timely

1

opposition to this motion.[1] After carefully considering the papers submitted in this matter, it is hereby ordered that the Motion to Dismiss pursuant to Rule 12(b)(6) is GRANTED WITHOUT PREJUDICE.[2] Plaintiff shall file and serve his Second Amended Complaint within twenty (20) days of the date of this order.

IT IS SO ORDERED.

Dated: January 22, 2010

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

---

[1] Pursuant to Local Rule 230(c), the deadline for Plaintiff to file his Opposition to Defendant's Motion to Dismiss was November 25, 2009. On December 2, 2009, Defendant filed a Notice of Non-Opposition. (Doc. # 19.) On December 7, 2009, Plaintiff filed his Opposition to Defendant's Motion to Dismiss. (Doc. # 21.) Plaintiff's counsel did not file an application for late filing, nor give any explanation for the late filing. Since no oral argument was needed in this case, the sanctions for late filing were not imposed. E.D. Cal. L.R. 230(c). Plaintiff's counsel is advised that monetary and/or other appropriate sanctions will be imposed should she fail again to comply with the Federal Rules of Civil Procedure and this Court's local rules concerning the timely filing of motion papers.

[2] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g).