JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN (Bar No. 124823), mjh@jmbm.com
CHRISTOPHER H. DOYLE (Bar No. 190016), chd@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant FEDERAL DEPOSIT INSURANCE
CORPORATION, AS RECEIVER FOR FIRST NATIONAL
BANK OF NEVADA, SUCCESSOR BY MERGER TO FIRST
NATIONAL BANK OF ARIZONA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL GLEN GRAVES,<br><br>    Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES; FIRST NATIONAL BANK OF ARIZONA; *et al.*,<br><br>    Defendants. | CASE NO. 2:09-CV-02227-JAM-DAD<br><br>**STIPULATION TO SUBSTITUTE FEDERAL DEPOSIT INSURANCE CORPORATION, AS RECEIVER FOR FIRST NATIONAL BANK OF NEVADA, SUCCESSOR BY MERGER TO FIRST NATIONAL BANK OF ARIZONA, AND TO STAY PROCEEDINGS FOR NINETY DAYS; ORDER**<br><br>Dept: Ctrm. 6, 14th Floor<br>Judge: Hon. John A. Mendez |

PRINTED ON
RECYCLED PAPER

968197v1

Stip. to Substitute FDIC as Receiver for First Nat'l
Bank of Arizona and to Stay Proceedings; Order

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Fed.R.Civ.P. Rule 25(c), Plaintiff Michael Glen Graves and the Federal Deposit Insurance Corporation, as Receiver for First National Bank of Nevada, Successor by Merger to First National Bank of Arizona ("FDIC as Receiver"), stipulate as follows:

1. On or about November 6, 2000, defendant First National Bank Of Arizona became a subsidiary of First National Bank of Nevada Holding Company, and was merged into First National Bank of Nevada.

2. On or about July 25, 2008, the Office of the Comptroller of the Currency closed the First National Bank of Nevada, and the Federal Deposit Insurance Corporation (FDIC) was named receiver. The FDIC as Receiver accepted the appointment that same day.

3. As a result of this appointment, the FDIC has succeeded to "all rights, titles, powers, and privileges" of the failed institution and may "take over the assets of and operate" the failed institution with all the powers thereof. 12 U.S.C. §§1821(d)(2)(A)(i) and 1821(d)(2)(B)(i). This includes the resolution of outstanding claims against the institution in receivership. 12 U.S.C. §1821(d)(3). Accordingly, the FDIC as Receiver is the party against which the claims sought by the plaintiff Michael Glen Graves must be asserted.

4. Because the FDIC as Receiver is the proper defendant with regard to the plaintiff's claims, the FDIC as Receiver should be substituted into this action in place of defendant First National Bank of Arizona.

5. The Financial Institutions Reform, Recovery and Enforcement Act of 1989 ("FIRREA") provides, in pertinent part: "After appointment of a . . . receiver for an insured depository institution, the . . . receiver may request a stay for a period not to exceed – * * * (ii) 90 days, in the case of any receiver, * * * in any judicial action or proceeding to which such institution is or becomes a party." 12 U.S.C. §1821(d)(12)(A). This 90-day stay is mandatory: "Upon receipt of a request by any …receiver pursuant to [12 U.S.C. §1821(d)(12)(A)] for a stay of any judicial action or proceeding in any court with jurisdiction of such action or proceeding, ***the Court shall grant such stay as to all parties***." 12 U.S.C. §1821(d)(12)(B) (italics added).

6. Thus, upon entry of an order substituting in the FDIC as Receiver for the current defendant, First National Bank of Arizona, this matter should be stayed for 90 days.

PRINTED ON RECYCLED PAPER

JMBM Jeffer Mangels Butler & Marmaro LLP

PDF created with pdfFactory trial version www.pdffactory.com

968197v1 - 2 - Stip. to Substitute FDIC as Receiver for First Nat'l Bank of Arizona and to Stay Proceedings; Order

1         Accordingly, Plaintiff and the FDIC as Receiver hereby stipulate to entry of an Order

2 by this Court: (1) substituting the FDIC as Receiver for the defendant First National Bank of

3 Arizona, and (2) staying all proceedings in this matter for ninety (90) days, up to and including

4 May 10, 2010.

6 DATED: February 9, 2010         LAW OFFICE OF SHARON L. LAPIN

8 By: /s/ Sharon L. Lapin
SHARON L. LAPIN
9 Attorneys for Plaintiff Michael Glen Graves

10 DATED: February 9, 2010         JEFFER, MANGELS, BUTLER & MARMARO LLP
MICHAEL J. HASSEN

13 By: /s/ Michael J. Hassen
MICHAEL J. HASSEN
Attorneys for Defendant Federal Deposit Insurance
Corporation, as Receiver for First National Bank Of
Nevada, Successor by Merger to First National Bank
Of Arizona

PRINTED ON
RECYCLED PAPER
968197v1
- 3 -
Stip. to Substitute FDIC as Receiver for First Nat'l
Bank of Arizona and to Stay Proceedings: Order

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Based on the Stipulation of the parties and good cause appearing, it is hereby ORDERED:

(1) that the Federal Deposit Insurance Corporation, as Receiver for First National Bank of Nevada, Successor by Merger to First National Bank of Arizona ("FDIC as Receiver"), is substituted in for named defendant First National Bank of Arizona, and

(2) that all proceedings in this matter are stayed for ninety (90) days, up to and including May 10, 2010.

IT IS SO ORDERED.

Dated: February 10, 2010   /s/ John A. Mendez
HON. JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PRINTED ON RECYCLED PAPER

PDF created with pdfFactory trial version www.pdffactory.com