1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA–SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL GRAVES, | ) Case No.:   2:09-cv-02227-JAM-DAD |
| Plaintiff, | ) Judge:   John A. Mendez |
| vs. | ) Courtroom: 6 |
| AURORA LOAN SERVICES; FIRST NATIONAL BANK OF ARIZONA; QUALITY LOAN SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; PREMIER LENDING; LAURA N. WELLS; and DOES 1-20 inclusive, | ) **ORDER DISMISSING MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |
| Defendants. | ) |

Defendant Mortgage Electronic Registration Systems, Inc.'s ("MERS") motion to dismiss was Plaintiff's First Amended Complaint was granted on January 22, 2010. The Honorable John A. Mendez allowed Plaintiff 20 days to file a Second Amended Complaint.

Plaintiff has failed to timely comply with this Court's order. Accordingly, the Court finds as follows:

///

[PROPOSED] ORDER

1

PDF created with pdfFactory trial version www.pdffactory.com

IT IS ORDERED that based upon the foregoing, Defendant MERS motion to dismiss is GRANTED WITHOUT LEAVE TO AMEND.  It is further ordered that MERS is dismissed from this action.

IT IS SO ORDERED.

DATED:  April 6, 2010                    /s/ John A. Mendez_____
                                                        Hon. John A. Mendez
                                                        United States District Court
                                                        Judge for the Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE

STATE OF CALIFORNIA            )
                               ) ss
COUNTY OF LOS ANGELES          )

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 3760 Kilroy Airport Way, Suite 260, Long Beach, California 90806.

On <u>April 6, 2010</u>, I served the following document(s):

**[PROPOSED] ORDER DISMISSING MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

On the following interested parties in this action described as follows:

| | |
|---|---|
| Sharon L. Lapin, Esq. | Seth Harris, Esq. |
| 110 Loch Lomond Drive, Suite 9b | McCarthy & Holthus LLP |
| San Rafael, CA  94901 | 1770 4th Avenue |
| Phone:     (415) 258-1651 | San Diego, CA  92101 |
| Fax:       (916) 258-0326 | Phone:     (619) 685-4810 |
| Email:    lapinlaws@juno.com | Email:    seharris@mccarthyholthus.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant quality Loan Service Corp.* |

[**X**]    **BY ELECTRONIC MAIL:** I transmitted the document(s) listed above electronically either by e-mail or by electronic filing through the CM/ECF System to the e-mail addresses listed above.  I am readily familiar with Microsoft Outlook's e-mail system and the United States District Court's CM/ECF System, and the transmission was reported as complete without error.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on <u>April 6, 2010</u>, in Long Beach, California.

/s/ Kevin R. Broersma
Kevin R. Broersma

PDF created with pdfFactory trial version www.pdffactory.com