# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRAVES, | **CASE NO.** 2:09-CV-02227-JAM-DAD |
| Plaintiff, | ORDER DISMISSING DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AND DEFENDANT FEDERAL DEPOSIT INSURANCE CORPORATION (FDIC) AS RECEIVER FOR FIRST NATIONAL BANK OF NEVADA WITH PREJUDICE |
| v. | |
| MUTUAL OF OMAHA BANK AS SUCCESSOR IN INTEREST TO FIRST NATIONAL BANK OF NEVADA AS SUCCESSOR BY MERGER TO FIRST NATIONAL BANK OF ARIZONA; AURORA LOAN SERVICES, LLC; QUALITY LOAN SERVICE CORPORATION; LAURA N. WELLS; and PREMIER LENDING SOURCE, INC., | |
| Defendants. | JUDGE:   Hon. John A. Mendez |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT MERS, AND DEFENDANT FDIC, ONLY was filed on May 14, 2010 (Docket No. 31).

1  IT IS ORDERED that based upon the foregoing, Defendant MERS, and Defendant FDIC are
2  dismissed from this action, with prejudice.

4  IT IS SO ORDERED.

6  DATED: July 23, 2010      /s/ John A. Mendez
                             **Honorable John A. Mendez**
7                            United States District Court
                             Judge for the Eastern District of California