UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| MICHAEL GRAVES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES; FIRST NATIONAL BANK ARIZONA, NATIONAL BANKING ASSOCIATION; QUALITY LOAN SERVICE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; PREMIER LENDING; LAURA N. WELLS and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:09-CV-02227-JAM-DAD<br>The Hon. John A. Mendez<br><br>**ORDER GRANTING REQUEST TO ATTEND THE MOTION TO DISMISS HEARING FOR LACK OF SUBJECT MATTER JURISDICTION TELEPHONICALLY**<br><br>Hearing Date:<br>Date:　September 15, 2010<br>Time:　9:30 a.m.<br>Ctrm.:　6<br><br>Complaint Filed:　August 11, 2009<br>Trial Date:　None |

　　　Pursuant to the written request by counsel for defendant Aurora Loan Services LLC to telephonically appear at the hearing on plaintiff's Motion to Dismiss for Lack of Subject Matter Jurisdiction or for Leave to Amend set for September 15, 2010 at 9:30 a.m., this Court hereby grants such request.

{DN030145;1}　　　　　1　　　　　Case No. 2:09-CV-02227-JAM-DAD

**[PROPOSED] ORDER GRANTING REQUEST TO ATTEND MOTION TO DISMISS HEARING FOR LACK OF SUBJECT MATTER JURISDICTION TELEPHONICALLY**

PDF created with pdfFactory trial version www.pdffactory.com

1 | Dated: August 19, 2010

2 | /s/ John A. Mendez_____
3 | The Honorable John A. Mendez
  | United States District Court Judge

**AKERMAN SENTERFITT LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

{DN030145;1}   2   Case No. 2:09-CV-02227-JAM-DAD

**[PROPOSED] ORDER GRANTING REQUEST TO ATTEND MOTION TO DISMISS HEARING FOR LACK OF SUBJECT MATTER JURISDICTION TELEPHONICALLY**

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE BY E-MAIL OR ELECTRONIC TRANSMISSION AND OVERNIGHT DELIVERY

STATE OF COLORADO COUNTY OF DENVER

I am employed in the County of Denver, State of Colorado; I am over the age of 18 years and not a party to this action. My business address is 511 Sixteenth Street, Suite 420, Denver, Colorado 80202.

On August 19, 2010, I served the following document(s) described as:

**[PROPOSED] ORDER GRANTING REQUEST TO ATTEND THE MOTION TO DISMISS HEARING FOR LACK OF SUBJECT MATTER JURISDICTION TELEPHONICALLY**

☒ **BY ELECTRONIC MAIL** - I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the above listed CM/ECF registrants.

☒ **BY <u>FEDERAL EXPRESS</u>**\*

**\*\* SEE ATTACHED SERVICE LIST \*\***

I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the e-mail transmission was unsuccessful.

☐ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (Federal)   I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 19, 2010, at Denver, Colorado.

_____
Toni M. Domres

AKERMAN SENTERFITT LLP
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

PDF created with pdfFactory trial version www.pdffactory.com

# SERVICE LIST

*Michael Graves v. Aurora Loan Services, et al.*

USDC, ED CA Case no. 2:09-CV-02227-JAM-DAD

Sharon L. Lapin, Esq.
Law Office of Sharon L. Lapin
336 Bon Air Center, Suite 492
Greenbrae, CA 94904
Email: lapinlaws@juno.com
*Attorney for Plaintiff, Michael Graves*

Seth Harris, Esq.
McCarthy & Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101
Email: seharris@mccarthyholthus.com
*Attorneys for Defendant*
*Quality Loan Service Corporation*

{DN030145;1}

4

Case No. 2:09-CV-02227-JAM-DAD

**[PROPOSED] ORDER GRANTING REQUEST TO ATTEND MOTION TO DISMISS HEARING FOR LACK OF SUBJECT MATTER JURISDICTION TELEPHONICALLY**

**AKERMAN SENTERFITT LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

PDF created with pdfFactory trial version www.pdffactory.com